118 A.3d 349

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. LARRY MARTIN, DEFENDANT–PETITIONER.

July 30, 2015.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Superior Court, Appellate Division, to reconsider its judgment in light of the arguments raised by defendant for the first time in the petition, including the application of *State v. De Bonis*, 58 *N.J.* 182, 276 *A.*2d 137 (1971). Jurisdiction is not retained.